IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STANLEY ZEPHIR, and/or all other residents, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BAC HOME LOANS SERVICING, LP )<br>and )<br>BANK OF AMERICA CORPORATION, )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION FILE<br>NO. 1:11-cv-02429-CAP |

## NOTICE OF SETTLEMENT

Defendants Bank of America Corporation[1] and Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP[2] by and through the undersigned counsel, hereby give notice to the Court that the parties have reached an amicable resolution of the underlying lawsuit and are currently finalizing settlement documents, which should resolve all claims in the litigation pending before this Court.

---

[1] Bank of America Corporation is a mere holding company, and is not a proper party to this action.
[2] On July 1, 2011 BAC Home Loans Servicing, LP merged with and into Bank of America, N.A.

This 29th day of March, 2012.

        /s/ Andrew G. Phillips
Andrew G. Phillips
Georgia Bar No. 575627
McGuireWoods LLP
1230 Peachtree Street, NE
Promenade II, Suite 2100
Atlanta, Georgia  30309-35334
(404) 443-5724 (Telephone)
(404) 443-5773 (Facsimile)
aphillips@mcguirewoods.com

*Attorneys for Defendants Bank of America Corporation and Bank of America, N.A.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STANLEY ZEPHIR, and/or all other residents,<br><br>    Plaintiff,<br><br>v.<br><br>BAC HOME LOANS SERVICING, LP and<br>BANK OF AMERICA CORPORATION,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:11-cv-02429-CAP |

## **CERTIFICATE OF SERVICE, FONT AND MARGINS**

I hereby certify that on March 29, 2012, I electronically filed the foregoing *Notice of Settlement* with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to all counsel of record.

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

                                                   /s/ Andrew G. Phillips
                                                   Andrew G. Phillips