# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STANLEY ZEPHIR and/or ALL OTHER RESIDENTS )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BAC HOME LOANS SERVICING, LP )<br>and )<br>BANK OF AMERICA CORPORATION, )<br>)<br>Defendants. )<br>) | CIVIL ACTION FILE<br>No. 1:11 cv-02-02426 - CAP |

## PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Attorney Joshua G. Davis, attorney for the Plaintiff in the above styled action, files this *Plaintiff's Voluntary Dismissal with Prejudice* for any and all claims asserted, or which could have asserted by him in this case against all Defendants.

    Respectfully submitted,
    JOSHUA G. DAVIS & ASSOCIATES, LLC

    By: /s/Joshua G. Davis
      JOSHUA G. DAVIS (#514674)

                                              Attorney for Plaintiff(s)
                                              P. O. Box 7309
                                              Atlanta, GA 30357
                                              Phone:  (855) 543-2847
                                              Fax:     (855) 814-3619

Dated: May 31, 2012

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STANLEY ZEPHIR and/or ) <br> ALL OTHER RESIDENTS ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> BAC HOME LOANS SERVICING, LP ) <br> and ) <br> BANK OF AMERICA CORPORATION, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | CIVIL ACTION FILE <br> No. 1:11 cv-02-02426 – CAP |

## CERTIFICATION OF SERVICE, FONT AND MARGINS

I hereby certify that on this 31st day of May, 2012, the foregoing *Plaintiff's Voluntary Dismissal with Prejudice* was filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record. I further certify that I prepared this document in 14 point Times Roman font and complied with the margin and type requirements of this Court.

    Respectfully submitted,
           JOSHUA G. DAVIS & ASSOCIATES, LLC

           By: /s/Joshua G. Davis
              JOSHUA G. DAVIS (#514674)

                                                        Attorney for Plaintiff(s)  
                                                        P. O. Box 7309  
                                                        Atlanta, GA 30357  
                                                        Phone:  (855) 543-2847  
                                                        Fax:     (855) 814-3619  

Dated: May 31, 2012